## No. 10-7196. Gladger Ross, Jr., Petitioner v. United States.

562 U.S. 1075, 131 S. Ct. 676, 178 L. Ed. 2d 503, 2010 U.S. LEXIS 9367.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

## No. 10-7199. Joseph Medley, Petitioner v. United States.

562 U.S. 1075, 131 S. Ct. 676, 178 L. Ed. 2d 503, 2010 U.S. LEXIS 9254.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 386 Fed. Appx. 12.

## No. 10-7202. Clint Walker, Petitioner v. United States.

562 U.S. 1075, 131 S. Ct. 677, 178 L. Ed. 2d 503, 2010 U.S. LEXIS 9169.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 615 F.3d 728.

## No. 10-7203. Jose Rico-Carrillo, Petitioner v. United States.

562 U.S. 1075, 131 S. Ct. 677, 178 L. Ed. 2d 503, 2010 U.S. LEXIS 9238.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 389 Fed. Appx. 631.

## No. 10-7204. Anthony Sagoes, Petitioner v. United States.

562 U.S. 1075, 131 S. Ct. 677, 178 L. Ed. 2d 503, 2010 U.S. LEXIS 9252.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 389 Fed. Appx. 911.

## No. 10-7206. Alberto Hernandez-Oregel, Petitioner v. United States.

562 U.S. 1075, 131 S. Ct. 677, 178 L. Ed. 2d 503, 2010 U.S. LEXIS 9089.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 260.

## No. 10-7207. Mario Gonzales, Petitioner v. United States.

562 U.S. 1075, 131 S. Ct. 677, 178 L. Ed. 2d 503, 2010 U.S. LEXIS 9117.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 388 Fed. Appx. 866.

## No. 10-7209. Paul Lee Jackson, Petitioner v. United States.

562 U.S. 1075, 131 S. Ct. 677, 178 L. Ed. 2d 503, 2010 U.S. LEXIS 9377.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 384 Fed. Appx. 231.